KEVORKIAN, INC., Appellant, v. KURT HEYMAN, Respondent.— Order modified by striking out Paragraphs " XII," " XIII " and " XIV " of the answer, and as so modified affirmed, ·without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALEXANDER A. FORMAN, JR., Appellant, v. IDA BERENSON and Others, Defendants, Impleaded with LOUIS SCHLANSKY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SALOMON J. SCIAKY, Respondent, v. JACOB A. BARKEY and Another, Copartners, etc., Appellants.— Judgment reversed and new trial granted, with costs to the appellants to abide the event, on the ground that it appears in the record beyond dispute that the verdict in question was a compromise verdict. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PHILIPPINE NATIONAL BANK, Respondent, v. ·BANCO DI ROMA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,· Smith, McAvoy and Martin, JJ.

ROSA FRANK, Appellant, v. REBECCA WITLIN, Individually and as Administratrix of SAMUEL BROWN, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN W. McCARTHY, JR., Appellant, v. F. ROMEO & Co., INC., Respondent.— Judgment and order affirmed, with costs, on the ground that the contract limitation of time during which goods could be shipped and billed had expired. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MORDECAI MACHLES, Respondent, v. " ARTHUR " D. TIEFENTHAL, First Name Arthur, Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.